UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NICOLE VITALE,

                          Plaintiff,

           - against -

EQUINOX HOLDINGS, INC.,

                        Defendant.

Case No.: 17-cv-01810 (JGK)

---

## MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that upon the Declaration of Nidhi Srivastava, attorney of record for Defendant Equinox Holdings, Inc., the undersigned will move this Court before the Honorable Judge John G. Koeltl, at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York 10007, for an Order granting Nidhi Srivastava's Motion to Withdraw as Counsel for Defendant.

                                                  Respectfully submitted,

                                                  JACKSON LEWIS P.C.
                                                  666 Third Avenue, 29th Floor
                                                  New York, New York 10017
                                                  (212) 545-4000

                    By:    *s/* Nidhi Srivastava
                                Nidhi Srivastava

Dated:  New York, New York
            December 21, 2018