UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NICOLE VITALE,

                Plaintiff,

    - against -

EQUINOX HOLDINGS, INC.,

                Defendant.

Case No.: 17-cv-01810 (JGK)

**DECLARATION OF NIDHI SRIVASTAVA, ESQ.**

---

        NIDHI SRIVASTAVA, being duly sworn, deposes and states, pursuant to 28 U.S.C. § 1746:

    1.    I am an associate attorney at the law firm of Jackson Lewis P.C. ("Jackson Lewis"), attorneys for Defendant Equinox Holdings, Inc. in the above-referenced matter. I submit this declaration in support of the instant Motion to Withdraw as Counsel of Record.

    2.    I am leaving Jackson Lewis for other employment. My last day with Jackson Lewis is December 21, 2018.

    3.    Jackson Lewis will continue its representation of Defendant in this matter.

    4.    Accordingly, I respectfully request Your Honor grant the instant Motion to Withdraw as Counsel and terminate my appearance on the docket.

I declare under penalty of perjury that the foregoing is true and correct.

    Respectfully submitted,

    JACKSON LEWIS P.C.
    666 Third Avenue, 29th Floor
    New York, New York 10017
    (212) 545-4000

By:   *s/* Nidhi Srivastava
      Nidhi Srivastava

Dated: New York, New York
       December 21, 2018